UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

NOV 19 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | |
|---|---|
| ROGER GEORGE TEMETHY | Case No.: 1:25-CV-1664 |
| Plaintiff, | |
| vs. | JUDGE: SOLOMON OLIVER, JR.—19A |
| JUDGE SHANNON M. GALLAGHER | |
| Defendant | MOTION FOR ORIGINALLY ASSIGNED JUDGE TO PROPERLY RULE ON CASE TO PRESERVE THE UNITED STATES CONSTITUTION. |

---------------INTRODUCTION------------------------

NOW MOVES FORWARD THE 76 YEAR OLD PRO SE PLAINTIFF REQUESTING THAT THE LATEST RULING BY JUDGE CHARLES E. FLEMING BE DISMISSED, VACATED, STRICKEN FROM THE RECORD/DICKET AS BEING A VIOLATION OF PROPER PROCEDURE/PROTOCAL THAT VIOLATES PUBLIC TRUST THAT MUST BE PRESERVED. (SEE ATTACHMENTS) TO STATE THAT ANY APPEAL IS NOT TO BE TAKEN IN GOOD FAITH IS A VIOLATION OF DUE PROCESS. JUDGE FLEMING DID NOT STATE ANY REASON FOR SUCH AN EGREGIOUS STATEMENT. THE PLAINTIFF IS ASKING FOR THE CHIEF JUDGE SARA LIOI TO LOOK INTO THIS MATTER AS A FACT OF LAW. THESE SHENANIGANS CANNOT BE TOLERATED ON ANY LEVEL.

----------------------------------------------STANDARD OF REVIEW----------------

JUDGE FLEMING HAS FAILED TO STATE REASONS OF LAW…

DEFECTUS RATION UM IURIS EXPONENDARUM.

PLEADING TITLE

INSTEAD HE GOES ON TO SAY SEVERAL TIMES THAT THERE CAN BE NO MONITARY CLAIM. THE PLAINTIFF KNOWS THE LAW AND IS NOT SEEKING ANY. JUDGE FLEMING ALSO TAKES THE TIME TO STATE SEVERAL CASES THAT HAVE NO BEARING ON THIS CASE.

THE CLAIM IS THAT ON SEVERAL OCCASIONS JUDHE SHANNON M. GALLAGHER HAS NOT ONLY VIOLATED THE UNITED STATES CONSTITUTION ON SEVERAL OCCASIONS, INCLUDING ON NOVEMBER 17, 2025 CASE CV-25-111005 WHEN JUDGE GALLAGHER AGAIN VIOLATED DUE PROCESS BY ANOTHER ENTRY OF EPIC ILLEGAL PROPORTIONS. FOR JUDGE FLEMING TO STATE THERE IS SOME SORT OF "GUESSING HERE" IS NOT JUDGING THIS CASE ON ITS MERITS. THE SERIOUS NATURE OF THIS MATTER CAN BE SENT TO THE LOCAL PROSECUTOR FOR REVIEW. WHY SHOULD THE PLAINTIFF BE FORCED TO PAY $183.12 COURT COST WHEN HE HAS CONSTANTLY BEEN DENIED HIS DUE PROCESS? WOULD ANYONE PAY FOR SOMETHING THAT THEY NEVER RECEIVED? THAT'S WHY THE PLAINTIFF CHARGED BACK HIS CREDIT CARD BANK ALSO THE ORIGINAL COST. IT APPEARS THAT JUDGE FLEMING THAT WHEN HE STATES ON PAGE 3 IN THE "DISCUSSION" THE ACCUSATIONS ARE INSUFFICIENT TO STATE A CLAIM, HE IS BACKING THE UNJUST ACTIONS OF ANOTHER JUDGE. WHEN A JUDGE DISMISS THE UNCONSTITUTIONAL ACTIONS OF ANOTHER JUDGE THIS ERODES PUBLIC CONFIDENCE AND MAKES THAT JUDGE A PARTNER IN THE ACTION…..STARE DECISIS—FIAT INIUSTITA RUAT CAELUM…

MORE THAN A PREPONDERANCE OF EVIDENCE HAS BEEN SHOWN FOR THIS COURT TO TAKE ACTION AGAINST JUDGE SHANNON M. GALLAGHER.

----------------------------CONCLUSION----------------------------

THIS MATTER HAS REACHED A SERIOUS MATTER THAT THE PLAINTIFF MIGHT CONTACT 60 MINUTES, CHRIS CUOMO, AND CNN TO DO A STORY ON WHAT IS GOING HERE IN CLEVELAND OHIO WHEN SOMEONE WANTS JUSTICE. THE PLAINTIFF REMEMBERS A NEWS STORY RECENTLY ON TV WHEN A COUPLE WAS INTERVIEWED OUTSIDE THE JUSTICE CENTER. THEY STATED….."IF YOU EVER WANT FAIR JUSTICE ALWAYS REQUEST A JURY TRIAL. THE COMMON PEOPLE CAN SEE THROUGH ALL THE BS"…VERY VERY TELLING. THOUSANDS HAVE DIED TO PROTECT THE MOST IMPORTANT PAPER WE HAVE…..THE UNITED STATES CONSTITUTION. MANY

MORE ARE IN HOSPITALS MAIMED, PTSD. DID MY UNCLE WHO I NEVER GOT TO MEET DIE ON DECEMBER 7, 1941 AS THE USS ARIZONA WENT UP IN FLAMES AND BLACK SMOKE. EVERY YEAR GROWING UP IN THE 50'S ON DENISON AVE THE PLAINTIFF WOULD WITNESS HIS MOTHER CRYING CLUTCHING THE FRONT PAGE OF THE CLEVELAND PRESS. DURA LEX, SED LEX.

AGAIN THE PLAINTIFF OFFERS ATTACHMENTS FOR REVIEW. AGAIN THE PLAINTIFF IS SUGGESTING ALL JUDGES GO SEE THE MOVIE "NUREMBURG" AND PAY CLOSE ATTENTION TO THE LAST TEN MINUTES WHEN ACTOR RAMI MALEK IS ON A RADIO SHOW. REALLY UNDERSTAND THEN THAT YOU HAVE THE POWER TO MAKE THINGS RIGHT. IF NOT, WE ARE LOST. AFTER ALL JUDGES ARE HELD TO A HIGHER STANDARD THEN THE GENERAL PUBLIC THAT IS TIRED OF BEING PLAYED FOR FOOLS.

IT IS SO ORDERED BY THE PRO SE PLAINTIFF ON THIS VERY DAY.

WEDNESDAY NOVEMBER 19, 2025. FIAT JUSTITIA.....

*[signature: Roger George Temethy]*
MR. ROGER GEORGE TEMETHY—PRO SE—
LAW ABIDING CITIZEN. NOV. 19, 2025