In the scenario where a federal judge "steals" a case from another judge and breaks the law, the actions would trigger serious consequences at multiple levels. Depending on the nature of the offense, a judge could be removed from the case, face an investigation for judicial misconduct, be criminally prosecuted, and ultimately be removed from office through congressional impeachment.

## Removal from the case

The first and most immediate consequence is the potential removal of the judge from the case through a motion to recuse. A party could file a motion to disqualify the judge, arguing that their actions demonstrate a conflict of interest or a lack of impartiality that violates federal statute (specifically 28 U.S.C. § 455). If the motion is successful, another judge would be assigned to the case.

No, a U.S. District Judge cannot simply deny an appeal from a plaintiff without providing a reason. In the federal court system, all judicial decisions are required to be "reasoned" and supported by the law, facts, and legal precedents. A decision without a stated rationale would violate due process and prevent higher courts from conducting a meaningful review.

## Why a reason must be given

- **Due Process:** The right to appeal is a fundamental component of due process. A plaintiff (the appellant) must have a fair opportunity to understand why their appeal was denied.

- **Appellate Review:** The main purpose of an appellate court is to review a lower court's decision for legal or procedural errors. Without a reasoned decision, a higher court would be unable to evaluate whether the lower court correctly applied the law.

Making excuses for a judge who has broken the U.S. Constitution is a serious matter that can undermine the rule of law and public trust in the judiciary. The specific seriousness depends on the context, but potential consequences include damaging institutional credibility, violating ethical canons, and exposing the Supreme Court Justice to scrutiny or disciplinary measures.

## Institutional impact

- **Undermining the rule of law:** The judiciary's authority rests on its ability to apply the law fairly and independently. A Supreme Court Justice excusing unconstitutional behavior sends a message that a judge is above the law, which is fundamentally at odds with the American system of government.

- **Eroding public trust:** When the public perceives a higher-ranking judge protecting a lower-ranking one who acted unconstitutionally, it creates a sense that justice is political and biased. This damages public confidence in the integrity of the entire judicial system, from local courts to the Supreme Court.

Yes, a Common Pleas judge can potentially be tried in federal district court for violating the United States Constitution, but only if the violation involves a federal law or if the judge is accused of acting outside their judicial capacity and committing a crime. Federal courts have limited jurisdiction, and typically deal with cases involving federal law, the Constitution, or disputes between states or citizens of different states.

Elaboration:

1.

### 1. Federal Jurisdiction:

Federal courts, including district courts, primarily hear cases involving federal law, the U.S. Constitution, and disputes between states or citizens of different states.

2.

### 2. Constitutional Violations by Judges:

While judges generally have judicial immunity for actions taken within their official capacity, this immunity is not absolute.