

197480641

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

ROGER G. TEMETHY
   Plaintiff

OHIO DEPT. JOB FAMILY SERVICES ET AL
   Defendant

Case No: CV-25-114635

Judge: SHANNON M GALLAGHER

## JOURNAL ENTRY

MOTION FOR JUDGE SHANNON M. GALLAGHER TO RECOGNIZE THE LAW OF DUE PROCESS & BOTH THE CIVIL & CONSTITUTIONAL RIGHTS OF THE PLAINTIFF PRO SE (9999999), FILED 06/06/2025, IS DENIED.

*/s/ Shannon M Gallagher*

_____
Judge Signature        06/16/2025

06/16/2025

RECEIVED FOR FILING
06/16/2025 15:21:14
NAILAH K. BYRD, CLERK