** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED          REMOTE CSID    DURATION   PAGES   STATUS
January 3, 2026 at 10:15:59 AM EST    CCPL       217     6       Received

To: 2163577184          From:                    01/03/26 10:12 AM    Page 1 of 6

Case: 1:25-cv-01664-CEF Doc #: 10 Filed: 01/03/26 1 of 6. PageID #: 62

SATURDAY JANUARY 3, 2026

TO: JUDGE FLEMING AND SINER

FROM: THE LAW ABIDING 76 YEAR OLD PRO SE

ROGER GEORGE TEMETHY

7010 E. WHITEDOVE LANE APT 104

MIDDLEBURG HTS., OHIO 44130      6 PAGES

YESTERDAY THE PRO SE PLAINTIFF RECEIVED A ORDER THAT IS WITHOUT MERIT AND LAW THEREFORE IT MUST BE …….DENIED…….JUDGES ARE HELD TO A HIGHER STANDARD ESPECIALLY THOSE MAKING OVER 225K A YEAR. THEREFORE THEY MUST, LIKE PRO SE CITIZENS, BE HELD TO THE SAME RULES OF PROCEDURE. THE ORDER WAS RECEIVED IN A TWO SIDED MANNER WHICH IS NOT CORRECT PROCEDURE.

WITH THE PROPER BEING ABSENT…..DEFICIENTE PROCESSU LEGITIMO…IT IS NOT LEGAL AND THEREFORD………….DENIED…………..IT IS SO ORDERED…….

ALSO ON PAGE ONE JUDGE FLEMING IMPROPERLY STATED THAT THERE IS NO CLARIFICATION AND NO TAKE ACTION AGAINST JUDHE SHANNON M. GALLAGHER. THIS IS NOT TRUE AS I HAVE REQUESTED SANCTIONS AND SUSPENSION AGAINST JUDGE GALLAGHER.

ALSO ON PAGE TWO JUDGE FLEMING STATES THAT "THE PLAINTIFF FAILED TO ESTABLISH A CLEAR ERROR OF LAW". HOW SO WHEN ON THE DOCKET IN COMMON PLEAS COURT SHE CLEARLY BREAKS THE UNITED STATES CONSTITUION ON JUNE 16, 2025 BY DENYING THE PLAINTIFF HIS GOD GIVEN RIGHTS.

PLEASE SEE ALL ATTACHMENTS AS A PREPONDERANCE OF EVIDENCE.

THESE ONGOING SHENANIGANS BY JUDGES CANNOT GO ON AND ERODE PUBLIC CONFIDENCE. FORMER JUDGE LESLIE ANN CELEBREZZE IS NOW UNDER FBI INVESTIGATION AS IS JUDGE GALLAGHER AND THIS MATTER MUST FOLLOW SUITE.

I THEREFORE DENY THE LATEST AND REQUEST THAT JUDGE FLEMING RECUSE HIMSELF. IT IS SO ORDERED. ………………NO ONE IS ABOVE THE LAW…..NEMO EST SUPRA LEGES…..

I SUSPECT THAT PRESIDENT JOE BIDEN WILL AGREE AND PRESERVE OUR UNITED STATES CONSTITUTION.

THOUSANDS HAVE DIED TO PROTECT THAT DOCUMENT INCLUDING A UNCLE I NEVER MET ON THE USS ARIZONA THAT WENT UP IN BLACK SMOKE ON DECEMBER 7, 1941.

I CANNOT TAKE THIS ORDER IN GOOD FAITH AS A CATHOLIC AT ST. ROCCO CHURCH…THEREFORE DENIED.

*Roger T [signature]*

To: 2163577184                    From:                    01/03/26 10:12 AM    Page 2 of 6
Case: 1:25-cv-01664-CEF Doc #: 10 Filed: 01/03/26 2 of 6. PageID #: 63

Case: 1:25-cv-01664-CEF Doc #: 9 Filed: 12/30/25 1 of 4. PageID #: 58

*[Handwritten annotations in margins: "OVER 200k SALARY", "216-357-", "77496", "1200 ONTARIO ST 44113"]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROGER GEORGE TEMETHY, | ) | CASE NO. 1:25-cv-1664 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE SHANNON M. GALLAGHER, | ) | **ORDER DENYING MOTION TO REOPEN** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is Plaintiff Roger G. Temethy's *pro se* motion to reopen the case (ECF No. 8), which the Court construes as a motion for relief from a final judgment under Fed. R. Civ. P. 60(b). For the reasons discussed below, Plaintiff's construed Rule 60(b) motion is **DENIED**.

On August 11, 2025, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Cuyahoga County Court of Common Pleas Judge Shannon M. Gallagher. (ECF No. 1). Judge Gallagher presided over a 2025 civil case brought by Plaintiff against the Ohio Department of Job and Family Services and the Ohio Court of Claims (collectively, "State Defendants"). *See Temethy v. Ohio Dep't of Job and Fam. Servs.*, CV-25-114635 (Cuyahoga Cnty. Ct. Com. Pleas); (ECF No. 1-4, PageID #12–14, 17). On May 27, 2025, Judge Gallagher granted State Defendants' motion to dismiss and dismissed the case for lack of subject matter jurisdiction. Journal Entry, *Temethy v. Ohio Dep't of Job and Fam. Servs.*, CV-25-114635 (Cuyahoga Cnty. Ct. Com. Pleas May 27, 2025). Plaintiff's complaint generally alleged that Judge Gallagher violated his due process rights and his right to a jury trial and requested that the Court "take action" against Judge Gallagher without any clarification. (*Id.* at PageID #4–5).

On November 13, 2025, the Court issued a Memorandum Opinion and Order that dismissed the case pursuant to 28 U.S.C § 1915(e). (ECF No. 4). The Court found that dismissal was

1

fraudulently, or mistakenly entered"). Federal Rule of Civil Procedure Rule 60(b) includes the following grounds for relief from a final judgment:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

The Court finds that Plaintiff has failed to establish any of the grounds for relief under Rule 60(b). In the construed Rule 60(b) motion, Plaintiff states that: (i) this case was "illegally" closed; (ii) no reason was given for closing the case; and (iii) the undersigned violated Plaintiff's due process rights. (ECF No. 8). First, the record contradicts Plaintiff's assertions, as the Court provided a thorough explanation for why it dismissed the case in the November 13, 2025 Memorandum Opinion and Order. (ECF No. 4). Plaintiff also provides no explanation or caselaw as to how this case was "illegally" closed or his due process rights were violated. Second, Plaintiff has not alleged that there is newly discovered evidence, fraud, the judgment has been satisfied, or that the final judgment is void. Finally, Plaintiff has not demonstrated extraordinary circumstances that justify reopening the judgment pursuant to Rule 60(b)(6). *See Gonzalez v. Crosby*, 545 U.S. 524, 535, 124 S. Ct. 2641, 162 L. Ed. 2d 480 (2005).

Accordingly, Plaintiff has not established a basis for relief under Rule 60(b). Thus, Plaintiff's construed Rule 60(b) motion for relief from the final judgment (ECF No. 8) is **DENIED**. The Court further **CERTIFIES**, pursuant to 28 U.S.C. § 1915, that an appeal from this Order cannot be taken in good faith.

The **Seventh Amendment** guarantees the right to a jury trial in certain federal civil cases, while the **Fifth Amendment** (applying to the federal government) and the **Fourteenth Amendment** (applying to states) Due Process Clauses ensure fundamental fairness, notice, and a hearing in legal proceedings, including civil ones, protecting against arbitrary government action.

- **Fourteenth Amendment:**

    Extends the same due process guarantee to actions by state governments, making it a cornerstone for civil rights and ensuring fairness in all state-level legal matters.

If a district judge denies an appeal, you generally challenge it by filing a formal appeal to a higher court (like a Circuit Court of Appeals), arguing the judge violated the <u>Seventh Amendment</u> (right to a jury trial in civil cases) or other law; if that fails, you might seek Supreme Court review, file motions like Rule 59(e) or 60(b) to the trial judge, or even file for impeachment for egregious conduct, though federal judges have strong protections.

Yes, a federal district judge *can* be investigated by the FBI for actions that violate the U.S. Constitution, especially if those actions involve criminal conduct or civil rights violations, as judges aren't above the law, but such investigations are rare and usually involve serious misconduct beyond normal judicial functions, often leading to impeachment rather than criminal prosecution for judicial acts. While the FBI investigates *criminal* breaches of law, including civil rights, judges typically face internal disciplinary action or impeachment for judicial misconduct, but can face criminal charges if they step outside their official duties or commit federal crimes like corruption, as they take an oath to uphold the Constitution.

**When the FBI Might Get Involved**

- **"Color of Law" Violations:** The FBI investigates violations of civil rights statutes, including actions by officials acting "under color of law," meaning they used their official authority to violate rights.
- **Federal Crimes:** If a judge engages in corruption, bribery, or other federal crimes, the FBI, as the lead investigative agency, could investigate, as judges can break laws just like anyone else.

**Why It's Complicated**

- **Judicial Immunity:** Judges generally have immunity for their judicial acts, protecting them from lawsuits for decisions made in court, but this doesn't shield them from criminal prosecution for illegal acts.
- **Impeachment vs. Investigation:** For broader misconduct or constitutional violations related to their judicial duties, the primary constitutional mechanism for removal is impeachment by Congress (House impeaches, Senate tries).
- **Internal Mechanisms:** The federal judiciary has its own system for handling complaints and disabilities, but these focus more on administrative issues or performance, not criminal enforcement. **In Summary:** If a judge commits a *crime* or a serious *civil rights violation* while acting as a government official (even off-duty if their status was used), the FBI can investigate; however, constitutional issues arising from judicial decisions typically fall under the impeachment process.